128 A.3d 1202

COMMONWEALTH of Pennsylvania, Appellant

v.

TAP PHARMACEUTICAL PRODUCTS, INC.; Abbott Laboratories; Astrazeneca PLC; Astrazeneca, Holdings, Inc.; Astrazeneca Pharmaceuticals LP; Astrazeneca LP; Bayer AG; Bayer Corporation; SmithKline Beecham Corporation d/b/a GlaxoSmithKline; Pfizer, Inc.; Pharmacia Corporation; Johnson & Johnson; Alza Corporation; Centrocor, Inc.; Ethicon, Inc.; Janssen Pharmaceutical Products, L.P.; McNeil–PPC, Inc.; Ortho Biotech, Inc.; Ortho Biotech Products; L.P.; Ortho–McNeil Pharmaceutical, Inc.; Amgen, Inc.; Immunex Corporation; Bristol–Myers Squibb Company; Baxter International Inc.; Baxter Healthcare Corporation; Immuno–U.S., Inc.; Aventis Pharmaceuticals, Inc.; Aventis Behring, L.L.C.; Hoechst Marion Roussel, Inc., Boehringer Ingelheim Corporation; Boehringer Ingelheim Pharmaceuticals, Inc.; Ben Venue Laboratories; Bedford Laboratories; Roxane Laboratories; Schering–Plough Corporation; Warrick Pharmaceuticals Corporation; Schering Sales Corporation; Dey, Inc., Appellees.

Donna A. Boswell, Esq., Ann M. Vickery, Esq.,
and Joseph A. Young, Esq., Intervenors.

Cross Appeal of Johnson & Johnson, Alza Corporation, Centocor, Inc., Ethicon, Inc., Janssen Pharmaceutical Products, L.P., McNeil–PPC, Inc., Ortho Biotech, Inc., Ortho Biotech Products, L.P., and Ortho–McNeil Pharmaceutical, Inc. (Collectively, the "Johnson & Johnson Defendants") (@ 20 MAP 2015).

Supreme Court of Pennsylvania.

Dec. 21, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 21st day of December, 2015, the Order of the Commonwealth Court is AFFIRMED.

Justice STEVENS did not participate in the decision of this case.

129 A.3d 404

**Thomas A. JOSEPH, Thomas J. Joseph, Acumark, Inc., Airport Limousine and Taxi Service, Inc., Appellees**

v.

**The SCRANTON TIMES L.P., The Times Partner, James Conmy and Edward Lewis, Appellants.**

Supreme Court of Pennsylvania.

Argued May 6, 2015.

Decided Nov. 20, 2015.

